

```
                                                                    FILED

                                                                AUG 20 2010
Carl A. Lux
4449 Easton Way, 2nd Floor                              UNITED STATES BANKRUPTCY COURT
Columbus, OH 43219                                      EASTERN DISTRICT OF CALIFORNIA
_____
Attorney for Debtor(s)
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re                           )
  Kenneth Alan Watts            )
  Rosa Cruz Watts               )
                                )  Bankruptcy Case No. 10-41877-A-7
                                )
                                )
_____Debtor(s).)

**ORDER ON DEBTOR(S) APPLICATION FOR WAIVER
OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor(s) "*Application for Waiver of the Chapter 7 Filing Fee*," **IT IS ORDERED THAT** the application be:

[ ] **GRANTED.**

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[X] **DENIED.**

The debtor(s) shall pay the chapter 7 filing fee according to the following terms:

$ 75.00     on or before 09/20/2010
$ 75.00     on or before 10/18/2010
$ 75.00     on or before 11/17/2010
$ 74.00     on or before 12/17/2010

Until the filing fee is paid in full, the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case. IF THE DEBTOR(S) FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE

EDC 6-B3B (Rev. 09/09)                                         Page 1 of 2

| | |
|---|---|
| 1 | COURT MAY DISMISS THE DEBTOR(S) CHAPTER 7 CASE. |
| 2 | Payments shall be made by mail or in person at the address indicated below. DO |
| 3 | NOT send cash through the mail. NO PERSONAL CHECKS WILL BE |
| 4 | ACCEPTED. Use money orders or cashier's checks only, payable to "Clerk, U.S. |
| 5 | Bankruptcy Court." To insure proper credit, please include the debtor(s) name, the |
| 6 | case number, and the words "Filing Fee Installment Payment" on your money order |
| 7 | or cashier's check. |
| 8 | [ ] **SCHEDULED FOR HEARING.** |
| 9 | A hearing to consider the debtor(s) "*Application for Waiver of the Chapter 7 Filing Fee*" |
| 10 | shall be held on _____ at _____ am/pm at _____ |
| 11 | 501 I Street, 7th Floor, Courtroom 28, Sacramento, CA  95814  (location of hearing). |
| 12 | IF THE DEBTOR(S) FAILS TO APPEAR AT THE SCHEDULED HEARING, |
| 13 | THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR(S) CONSENT TO |
| 14 | THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY |
| 15 | DEFAULT. |
| 16 | [ ] AFTER HEARING dated _____. [ ] GRANTED [ ] DENIED |
| 17 | [X] The income exceeds 150% of the applicable United States Department of Health |
| 18 | and Human Services (DHHS) poverty guideline. |
| 19 | [ ] Debtor(s) is/are not eligible for a fee waiver - 28USC §1930(f). |
| 20 | [ ] OTHER:_____ |
| 26 | DATE: 20 Aug. 2010           United States Bankruptcy Judge |

EDC 6-B3B  (Rev. 09/09)                                      Page 2 of 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

CERTIFICATE OF MAILING

The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that a copy of the document to which this certificate is attached was mailed today to the following entities at the addresses shown below or on the attached list.

Kenneth Alan Watts
932 Davis St #24
Vacaville, CA 95687

Rosa Cruz Watts
932 Davis St #24
Vacaville, CA 95687

Carl A. Lux
4449 Easton Way, 2nd Floor
Columbus, OH 43219

Kimberly J. Husted
11230 Gold Express Dr
#310-411
Gold River, CA 95670

DATED: 8/23/10          By: *Wendy Focke*
                              Deputy Clerk

EDC 3-070 (Rev. 6/28/10)